# United States Bankruptcy Court
## State of Maryland

In re  **Anthony G. Garcia**    Case No. **09-23810**
Debtor(s)    Chapter **11**

# MOTION TO CONVERT A CASE UNDER CHAPTER 11 TO A CASE UNDER CHAPTER 7

Pursuant to 11 U.S.C. § 1307(a), the above-named Debtor(s) requests that this court enter an Order converting this case under Chapter 11 to a case under Chapter 7 of the Bankruptcy code (title 11 of the United States Code), on the grounds set forth below.

1. On **July 28, 2009**, the above-named Debtor(s) filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code.

2. This case has not been previously converted.

WHEREFORE, Debtor(s) prays for an Order converting this case under Chapter 13 to Chapter 7 of the Bankruptcy Code.

Date **July 13, 2010**    Signature **/s/ Anthony G. Garcia**
**Anthony G. Garcia**
Debtor

Attorney **/s/ Jeffrey M. Sirody**
**Jeffrey M. Sirody**

**Sirody Freiman & Feldman**
**1777 Reisterstown Road**
**Suite 360 E**
**Baltimore, MD 21208**
**410-415-0445**
**Fax: 410-415-0744**
**afreiman@sfflegal.com**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com    Best Case Bankruptcy