**SO ORDERED
A HEARING WILL BE HELD ON THIS MATTER, IF NECESSARY, ON AUGUST 9, 2010 AT 11:00 A.M. IN COURTROOM 2A.**



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
at Baltimore

In re:    Case No.: 09–23810 – NVA    Chapter: 11

Anthony G. Garcia
1808 Wilson Pt. Rd
Middle River, MD 21220

## ORDER AND NOTICE OF A HEARING
## ON MOTION TO DISMISS

    The debtor having filed a motion to dismiss, it is, pursuant to Federal Bankruptcy Rule 2002(a) and Local Bankruptcy Rule 2002–1(i), by the United States Bankruptcy Court for the District of Maryland,

    ORDERED, that a hearing upon the motion to dismiss will be held on the date and time set forth above, in Courtroom 2A; and it is further

    ORDERED, that if no objection is filed by any party in interest to Debtor's motion to dismiss within fourteen (14) days after the date a copy of this Order is served, the motion to dismiss may be granted without a hearing.

cc:    Attorney for Debtor(s) – Jeffrey M. Sirody
       U.S. Trustee
       All creditors and parties in interest

**17.6b** – *joconnor*

### End of Order